# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2013

147359

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

JOSEPH LEE and TIFFANY LEE,
        Plaintiffs-Appellees,

v

AAA AUTO SALES OF GRAND RAPIDS, INC.,
        Defendant-Appellant.

SC: 147359
COA: 314647
Kent CC: 12-007030-AV

_____/

On order of the Court, the application for leave to appeal the June 19, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2013

Clerk

t1021